UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LUIS QUIROS,<br><br>        Petitioner,<br><br>  vs.<br><br>K. MENDOZA-POWERS,<br>Acting Warden,<br><br>        Respondent. | Case No. CV 06-6159 RGK (JWJ)<br><br>**JUDGMENT** |

      Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

      IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice.

DATED: May 29, 2009

_____
R. GARY KLAUSNER
United States District Judge